# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Jill E. Maremont

                      Plaintiff,

v.                                                 Case No.: 1:10−cv−07811
                                                  Honorable Amy J. St. Eve

Susan Fredman Design Group, Ltd., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 28, 2011:

      MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 6/28/2011. Plaintiff's counsel failed to appear. This case is hereby dismissed without prejudice for failure to prosecute. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.